IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>    Plaintiff,<br><br>  vs.<br><br>VIRGINIA PREY, Lt., Correctional Officer, Supervisor of The Records Dept. At The Lancaster County Dept. of Corrections, Individual and Official capacity; and UNKNOWN BY NAME,<br><br>    Defendants. | **4:22CV3106**<br><br>**MEMORANDUM AND ORDER** |
| YOHAN WEBB,<br><br>    Plaintiff,<br><br>  vs.<br><br>MATTHEW FRANKEN, Investigator, Lincoln Police Dept, Individual and Official capacity; and CAPITOL TOWING, Owner Unknown By Name, Individual and Official capacity;<br><br>    Defendants. | **4:22CV3146**<br><br>**MEMORANDUM AND ORDER** |

These two cases are before the Court on its own motion. On August 26, 2022, the Clerk of the Court received correspondence from the Lancaster County Department of Corrections indicating Plaintiff is no longer incarcerated there. *See* Filing No. 159, Case No. 4:21CV3031; Filing No. 10, Case No. 4:22CV3106; Filing No. 8, Case No. 4:22CV3146. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to

local rules and inform the Court of address changes within 30 days). These cases cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

Also, because Plaintiff is no longer in custody, he must now file new applications for leave to proceed in forma pauperis if he wishes to continue pursuing these cases in forma pauperis. Plaintiff may, in the alternative, pay the Court's $402.00 filing and administrative fees in each case.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address <u>in each of the above-captioned cases</u> within 30 days. Failure to do so will result in dismissal of these actions without further notice to Plaintiff.

2. Plaintiff must also either file a new request for leave to proceed in forma pauperis or pay the Court's $402.00 filing and administrative fees <u>in each of the above-captioned cases</u> within 30 days. Failure to take either action will result in dismissal of these actions without further notice to Plaintiff.

3. The Clerk of the Court is directed to send to Plaintiff <u>two</u> copies of the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

4. The Clerk of the Court is directed to set a pro se case management deadline in each of the above-captioned cases using the following text: **September 28, 2022**: deadline to update address and file new IFP motion or pay filing fee.

Dated this 29th day of August, 2022.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge