IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>           Plaintiff,<br><br>    vs.<br><br>VIRGINIA PREY, Lt., Correctional Officer, Supervisor of The Records Dept. At The Lancaster County Dept. of Corrections, Individual and Official capacity; and UNKNOWN BY NAME,<br><br>           Defendants. | 4:22CV3106<br><br>**MEMORANDUM AND ORDER** |

On August 15, 2022, the Court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. Filing No. 9. Also, on August 29, 2022, the Court ordered Plaintiff to update his address and either pay the Court's $402.00 fees or file a new request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 11. Plaintiff updated his address with the Court on September 2, 2022, but Plaintiff has not filed an amended complaint, paid the Court's fees, filed a request to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders; and

2. The Court will enter judgment by a separate document.

Dated this 19th day of October, 2022.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Judge